UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE FERNANDEZ VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | No.  1:26-cv-00476-DAD-EFB<br><br>ORDER DIRECTING RESPONSE FROM PETITIONER'S COUNSEL |

On July 6, 2026, respondents filed a status report indicating that petitioner's application for adjustment of status was granted on April 22, 2026 and that he was released from immigration custody. (Doc. No. 12.)  Accordingly, respondents request that petitioner's petition for writ of habeas corpus be dismissed as having been rendered moot. (*Id.* at 1.)  The court DIRECTS petitioner to file a status report indicating his position as to whether the petition has been rendered moot by no later than July 9, 2026.  Failure to file the status report within the time provided will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1